IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LUIS E. GARCIA CAMPOS                                                                    PLAINTIFF

    v.                Civil No. 07-5I61

DEPUTY FREE; DEPUTY
THOMPSON; DEPUTY DAY;
CAPTAIN PETRAY                                                                           DEFENDANTS

**O R D E R**

    Plaintiff's complaint was filed in this case on September 24, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

    Accordingly, it is ordered that plaintiff, Luis E. Garcia Campos, complete and sign the attached addendum to his complaint, and return the same to the court **by November 27, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by November 27, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

    IT IS SO ORDERED this 5th day of November 2007.

                                            /s/ *J. Marschewski*
                                            HON. JAMES R. MARSCHEWSKI
                                            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LUIS E. GARCIA CAMPOS                                                              PLAINTIFF

v.                              Civil No. 07-5I61

DEPUTY FREE; DEPUTY
THOMPSON; DEPUTY DAY;
CAPTAIN PETRAY                                                                      DEFENDANTS

### ADDENDUM TO COMPLAINT

TO:  LUIS E. GARCIA CAMPOS

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by November 27, 2007.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege that Deputy Thompson kicked you and when you tried to get help Deputy Day told you not push the emergency button. You allege Deputy Day said if you used the button he would lock you down.

You also state the grievance system did not work. You indicate you submitted a grievance and Captain Petray stated he would check into the incident but nothing was done.

Finally, you indicate you did not receive any medical care for your injuries.

1. Provide the dates of your incarceration at the Benton County Detention Center (BCDC). (In answering, be specific).

Answer:

_____

_____

_____

_____

2. Are you incarcerated at the BCDC solely because of pending criminal charges?

Answer: Yes _____ No _____.

If you answered yes, please state what charges are pending against you.

_____

_____

_____

_____

If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

3. With respect to you claim against Deputy Thompson, please state: (a) the date he allegedly kicked you; (b) how many times he allegedly hit or kicked you; (c) what was occurring

when he allegedly hit or kicked you; (d) whether you resisted in anyway; and (e) whether your were charged with a disciplinary violation as a result of the incident.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Do you believe Deputy Thompson's actions had anything to do with the fact you were Hispanic?

Answer: Yes _____ No _____.

If you answered yes, please explain in detail why you believe this.

_____

_____

_____

_____

_____

_____

_____

5. You indicate Deputy Day told you not to push the emergency button in your cell any more or you would be locked down.

(A). Had you already pushed the button and sought assistance?

Answer: Yes _____ No _____.

If you answered yes, please state if you had pushed the button more than once and had been warned not to push it again.

_____

_____

_____

_____

_____

(B). Did Deputy Day use excessive force against you?

Answer: Yes _____ No _____.

If you answer yes, please describe in detail the amount of force used by Deputy Day.

_____

_____

_____

_____

_____

_____

_____

_____

6. You do not mention any actions taken by Deputy Free. Please explain how Deputy Free violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

      7.  Have you named Captain Petray as a defendant solely because you do not believe he responded properly to your grievance dated July 17, 2007.

      Answer:  Yes _____ No _____.

      If you answered no, please explain how you believe Captain Petray violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. Did you suffer any injuries as a result of the use of force against you?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) what injury you suffered; (b) the symptoms you experienced; (c) the severity of the symptoms; (d) whether you sought, or received medical care; (e) what treatment you received; and (f) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. Do you contend you were denied adequate medical care?

-8-

Answer:  Yes _____  No _____ .

If you answered yes, please indicate who you believe denied you adequate medical care.

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
LUIS E. GARCIA CAMPOS

_____
DATE