**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**LUIS E. GARCIA CAMPOS**                                               **PLAINTIFF**

**v.**                                 **Civil No. 07-5161**

**DEPUTY FREE; DEPUTY THOMPSON;
DEPUTY DAY; CAPTAIN PETRAY**                               **DEFENDANTS**

**O R D E R**

Now on this 3rd day of December, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #33, filed October 22, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed**.

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**